UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00289 |
| ) | JUDGE CAMPBELL |
| ADRIAN LEWIS ) | |

ORDER

The plea hearing and/or pretrial conference currently scheduled for November 30, 2012, at 1:00 p.m. is RESCHEDULED for November 28, 2012, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE